**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6761**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

MARK C. BUSACK,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:14-cr-00054-FPS-JES-1)

———————

Submitted: November 17, 2016      Decided: November 22, 2016

———————

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark C. Busack, Appellant Pro Se. Jarod James Douglas, Erin Carter Tison, Assistant United States Attorneys, William J. Ihlenfeld, II, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark C. Busack appeals the district court's order granting the Government's motion to authorize payment of restitution from Busack's inmate account and denying his motion for reconsideration. We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United State v. Busack</u>, No. 5:15-cr-00054-FEP-JES-1 (N.D.W. Va. Apr. 18 & May 27, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>